IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03333-RPM-MEH

KATHERINE AGATHON,
f/k/a KATHERINE VANOOSTEN,

    Plaintiff,

v.

GC SERVICES, L.P.,

    Defendant.
_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

Pursuant to the Stipulation to Dismiss Pursuant to Settlement, filed August 8, 2013 [13], it is

ORDERED that this civil action is dismissed with prejudice and without costs to any party.

DATED: August 9th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge